

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10028*

December 15, 2025

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

>    Re:    *United States v. Shan Anand, et al.*, 25 Cr. 110 (PKC)

Dear Judge Castel:

The Government writes to respectfully request a brief adjournment of its deadline to file responses to dispositive motions. On December 3, 2025, defendant Nosakhare Nobore ("Nobore") filed a motion to suppress, the only dispositive motion filed in this case. The Government's deadline to respond is presently December 17, 2025. The Government and counsel for Nobore are in active negotiations regarding a potential pre-trial resolution of the case. In order to facilitate those continued discussions, the Government respectfully requests a one-week adjournment of its deadline, to December 24, 2025, to file its response to Nobore's motion. Counsel for Nobore consents to this request.

*Application GRANTED.*

*SO ORDERED*

*[signature]*
*USDJ*
*12-15-25*

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Maggie Lynaugh
Qais Ghafary
Assistant United States Attorney
(212) 637-2448 / 2534