# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

June 26, 2026

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007
**By ECF**

*Re: United States v. Nosakhare Nobore*
25 Cr. 110 (PKC)

Dear Judge Castel:

      Together with David S. Greenfield, we represent Nosakhare Nobore pursuant to the Criminal Justice Act. We write to respectfully request to adjourn Mr. Nobore's sentencing hearing, currently scheduled for July 14, 2026 with submission due next Tuesday, June 30, 2026. Undersigned counsel, who intends to take the lead on Mr. Nobore's sentencing submission, has been on trial for the last three weeks in the Eastern District, needs additional time to go over the final PSR which only became available this week with our client and to draft our substantive sentencing submission. We have discussed this request with the Government and they kindly consent. We understand from Your Honor's Chambers that the Court is available to hold Mr. Nobore's sentencing on July 30, 2026 at 2PM, when counsel for both sides is also available.

      Respectfully submitted,

*Sarah M. Sacks*

Sentencing is adjourned from July 14, 2026 to July 30, 2026 at 2:00 p.m. in Courtroom 11D. SO ORDERED.
Dated:  6/26/2026

P. Kevin Castel
United States District Judge